[Nos. 24318–7–I; 25410–3–I.   Division One.   December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SERGIO ABELLA, *Appellant.*

Appeals from a judgment of the Superior Court for King County, No. 89–1–00911–7, Frank L. Sullivan, J., entered December 5, 1989. *Affirmed* by unpublished per curiam opinion.

[No. 26172–0–I.   Division One.   December 20, 1990.]

LORI ANN CORREA, *Petitioner,* v. RENTON DISTRICT COURT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90–2–02663–9, Robert E. Dixon, J., entered May 8, 1990. *Review denied* by unpublished per curiam opinion.

[No. 25664–5–I.   Division One.   December 20, 1990.]

STEPHEN TESTA, *Appellant,* v. J. MICHAEL BLACKWELL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–02758–9, Jim Bates, J., entered November 16, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Webster and Baker, JJ.

[No. 24851–1–I.   Division One.   December 20, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MARC A. GROTLE, *Appellant.*

Appeal from a judgment of the Superior Court for San Juan County, No. 89–1–05011–8, Richard L. Pitt, J., entered August 21, 1989. *Remanded* by unpublished opinion per Baker, J., concurred in by Pekelis and Winsor, JJ.